UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

KAREN F. REES
XXX-XX-0397

DEBTOR                       /

CASE NO.: 04-27799-BKC-JKO
PROCEEDING UNDER CHAPTER 13

[Stamp: U.S. BANKRUPTCY COURT SO. DISTRICT OF FLORIDA, APR 19 2010, FILED ___ RECEIVED]

**NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK**

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $68.11 remaining in her bank account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above-named case. The Trustee has made a good-faith effort to verify the correct mailing address for said entitiies and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk was mailed to the parties listed on the attached service list this 16th day of April, 2010.

/s/ Robin R. Weiner

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

## SERVICE LIST

<u>DEBTOR</u>
KAREN F. REES
4774 NW 22ND ST
COCONUT CREEK, FL 33063

<u>ATTORNEY FOR DEBTOR</u>
ROSLYN C. LEWIN, ESQUIRE
4300 N UNIVERSITY DR
SUITE C-103
LAUDERHILL, FL 33351

ATTACHMENT

## NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK

### Attachment - Listing of Claimant

Case Number:   04-27799-BKC-JKO

Creditor No.:  066094

Claimant:      CAPITAL ONE
               PO BOX 85167
               RICHMOND, VA 23285